AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DARYL ALLEN SIMMONS | ) | Case No. |
| | ) | 17-MJ-00500 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 12, 2017__ in the county of __Polk__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of firearm |

RECEIVED 2017 OCT 18 PM 3:01 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Mike Stueckrath, TFO, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means. — video teleconference

Date: 10-18-17

*Judge's signature*

City and state: Davenport, Iowa

Stephen B. Jackson, Magistrate Judge, SDIA
*Printed name and title*